UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X         21 MC 102 (AKH)

                                                                          Hon. Alvin K. Hellerstein,
IN RE: WORLD TRADE CENTER LOWER                                           U.S.D.J.
MANHATTAN DISASTER SITE LITIGATION

                                                                          **RULE 7.1 STATEMENT OF
                                                                          TULLY INDUSTRIES INC**

----------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Tully Industries Inc. certifies that Tully Industries Inc. is a privately held company and that no parent corporation or publicly held corporation owns any interest therein.

Dated: Newark, New Jersey            PATTON BOGGS LLP
       August 6, 2007
                                     By: _____/s_____
                                         James E. Tyrrell, Jr. (JT-6837)
                                         One Riverfront Plaza, 6th floor
                                         Newark, NJ 07102
                                         (973) 868-5600
                                         JTyrrell@PattonBoggs.com

                                     *Attorneys for defendant* Tully Industries Inc.