Robert J. Cosgrove (RC 8917)
Cheryl D. Fuchs (CF 1116)
WADE CLARK MULCAHY
111 Broadway, 9th Floor
New York, New York 10006
(212) 267-1900
Attorneys for Defendants: New York University and
New York University Real Estate Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION                                      21 MC 102 (AKH)
                                                                        07 CV 04496 (AKH)
------------------------------------------------------------------- X
WALTER NARANJO AND MIRIAM NARANJO,

                Plaintiff,                **NOTICE OF APPEARANCE**

-against-

NEW YORK UNIVERSITY and NEW YORK
UNIVERSITY REAL ESTATE
CORPORATION,

                Defendants.
------------------------------------------------------------------- X
To: The Clerk of the Court and All Parties of Record

      Please enter the appearance of the undersigned as counsel for record for defendants New York University and New York University Real Estate Corporation.

The undersigned certify that they are admitted to practice before this Court.

Dated:  New York, New York
        September 12, 2007

                                    WADE CLARK MULCAHY

                                    /s/
                                    _____
                                    By: Robert J. Cosgrove (RC 8917)
                                    Cheryl D. Fuchs (CF 1116)
                                    Attorneys for NYU Defendants
                                    111 Broadway, 9th Floor
                                    New York, New York 10006
                                    (212) 267-1900

STATE OF NEW YORK   )
COUNTY OF NEW YORK ) ss:

Sibil Miranda, being duly sworn, deposes and says:

That I am not a party to the within action, am over 18 years of age and reside in Brooklyn, New York.

That on September 12, 2007, deponent served the within **Notice of NYU Defendants' Adoption of Answer to Master Complaint** upon the attorneys and parties listed below by United States prepaid mail:

TO:

| | |
|---|---|
| Gregory J. Cannata, Esq.<br>THE LAW FIRM OF GREGORY J. CANNATA<br>Plaintiffs's Liaison Counsel<br>233 Broadway<br>New York, NY 10279 | Robert Grochow, Esq.<br>ROBERT A. GROCHOW, P.C.<br>Plaintiffs's Liaison Counsel<br>233 Broadway<br>New York, NY 10279 |
| David Worby, Esq.<br>WORBY GRONER EDELMAN & NAPOLI BERN, LLP<br>Plaintiffs's Liaison Counsel<br>115 Broadway<br>New York, NY 10006 | James E. Tyrrell, Jr., Esq.<br>PATTON BOGGS LLP<br>Defendants' Liasion Counsel<br>The Legal Center<br>One Riverfront Plaza<br>Newark, NJ  07102 |
| Richard Williamson, Esq.<br>FLEMMING ZULACK WILLIAMSON ZAUDERER, LLP<br>Defendants' Liaison Counsel<br>One Liberty Plaza<br>New York, NY 10006 | WILSON ELSER, ET AL<br>Attorneys for Battery Park City Authority<br>3 Gannett Drive<br>White Plains, NY 10604 |
| ESCHEN, FRENKLE & WEISMAN, LLP<br>Attorneys for Lionshead Development, LLC<br>20 West Main Street<br>Bay Shore, NY 11706 | ESCHEN, FRENKLE & WEISMAN, LLP<br>Attorneys for Lionshead 110 Development, LLC<br>20 West Main Street<br>Bay Shore, NY 11706 |

DICKSTEIN SHAPIRO MORIN & OSHINSKY, LLP
2101 L. Street N.W.
Washington, DC 20037

/s/
_____
Sibil Miranda

Sworn to before me this
12th day of September 2007

/s/
_____
Notary Public