UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------x

| | |
|---|---|
| WALTER NARANJO AND MIRIAM NARANJO, | Case No.: 07 CV 04496 |
| Plaintiffs, | |
| -against- | ANSWER |
| 25 BROADWAY OFFICE PROPERTIES LLC, ACTA REALTY CORP., ALAN KASMAN DBA KASCO, ANN TAYLOR STORES CORPORATION, BANKERS TRUST COMPANY, BATTERY PARK CITY AUTHORITY, BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC., D/B/A BMS CAT, BOARD OF EDUCATION OF THE CITY OF NEW YORK, BOARD OF MANAGERS OF THE HUDSON VIEW EAST CONDOMINIUM, BROOKFIELD FINANCIAL PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES, LP, BROOKFIELD PARTNERS, L.P., BROOKFIELD PROPERTIES CORPORATION, BROOKFIELD PROPERTIES HOLDINGS, INC., BT PRIVATE CLIENTS CORP., DEPARTMENT OF BUSINESS SERVICES, DEUTSCHE BANK TRUST COMPANY, DUETSCHE BANK TRUST COMPANY AMERICAS, DUETSCHE BANK TRUST CORPORATION, ENVIROTECH CLEAN AIR, INC., GPS ENVIRONMENTAL CONSULTANTS, INC., HILLMAN ENVIRONMENTAL GROUP, LLC., HUDSON VIEW EAST CONDOMINIUM, HUDSON VIEW TOWERS ASSOCIATES, INDOOR ENVIRONMENTAL TECHNOLOGY, INC., KASCO RESTORATION SERVICES, CO., MERRILL LYNCH & CO, INC., NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY, NEW YORK UNIVERSITY, NOMURA | |

HOLDING AMERICA, INC.,
NOMURA SECURITIES INTERNATIONAL,
INC., R Y MANAGEMENT CO., INC.,
RY MANAGEMENT, SABINE ZERARKA,
STRUCTURE TONE (UK), INC., STRUCTURE
TONE GLOBAL SERVICES, INC., THAMES
REALTY CO., THE BANK OF NEW YORK
TRUST COMPANY NA, TISHMAN
INTERIORS CORPORATION, TOSCORP
INC., TRIBECA LANDING, LLC, TUCKER
ANTHONY, INC., WESTON SOLUTIONS, INC.,
WFP TOWER A CO., WFP TOWER A CO. G.P.
CORP., WFP TOWER A CO., L.P., WFP
TOWER B CO. G.P. CORP., L.P., WFP TOWER
D CO. G.P. CORP., WFP TOWER D HOLDING
CO. I L.P., WFP TOWER D HOLDING CO II
L.P., WFP TOWER D HOLDING I G.P. CORP.,
AND WFP TOWER D. CO., L.P., ET AL,

     Defendants.
------------------------------------------------------------------X

  PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).