UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
IN RE WORLD TRADE CENTER LOWER          :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION      :
                                                                   :
-------------------------------------------------------------------X
WALTER NARANJO (AND WIFE, MIRIAM        :   07-CV-4496-AKH
NARANJO),                                                    :
                                                                   :
                                                                   :   **APPEARANCE**
                         Plaintiff,                           :
                                                                   :
   - against -                                               :
                                                                   :   **ELECTRONICALLY FILED**
222 BROADWAY, LLC, *et al.*,                      :
                                                                   :
                         Defendants.
-------------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York           DICKSTEIN SHAPIRO LLP
       October 3, 2007
                              By:    ___/s/ Judith R. Cohen___
                                     Judith R. Cohen (JC-8614)
                                     1177 Avenue of the Americas
                                     New York, New York 10036
                                     Phone: (212) 277-6500
                                     Fax: (212) 277-6501
                                     *Attorney for Defendant*
                                     MERRILL LYNCH & CO., INC.

DOCSNY-271430v01