John M. Flannery (JMF-0229)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000

Attorneys for Defendant BATTERY PARK CITY AUTHORITY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- x   21 MC 102(AKH)
IN RE: WORLD TRADE CENTER LOWER                                         :
MANHATTAN DISASTER SITE LITIGATION                                      :
---------------------------------------------------------------------- x   Civil Action No.: 07CV4496
WALTER NARANJO and MIRIAM NARANJO,                                      :

                Plaintiff(s),                                      **NOTICE OF BATTERY PARK**
                                                              :    **CITY AUTHORITY's**
    -against-                                                         **ADOPTION OF ANSWER TO**
                                                              :    **<u>MASTER COMPLAINT</u>**

25 BROADWAY OFFICE PROPERTIES LLC, ET AL.                               :

                Defendant(s).
                                                              :
---------------------------------------------------------------------- x

PLEASE TAKE NOTICE THAT defendant, BATTERY PARK CITY AUTHORITY, as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt BATTERY PARK CITY AUTHORITY's Answer to the Master Complaint dated August 1, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster site Litigation*, 21 MC 102 (AKH).

WHEREFORE, BATTERY PARK CITY AUTHORITY demands judgment dismissing the above-captioned action as against each of them, together with their costs and disbursements.

Dated:  White Plains, New York
          September 25, 2007

1699804.1

Yours, etc.,

WILSON, ELSER, MOSKOWITZ, EDELMAN
&amp; DICKER LLP
Attorneys for Defendants
BATTERY PARK CITY AUTHORITY
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000
File No.: 06867.00230

By: _____
John M. Flannery (JMF-0229)

1699804.1