UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE WORLD TRADE CENTER LOWER            21 MC 102 (AKH)
MANHATTAN DISASTER SIRE LITIGATION

------------------------------------------------------------------x
WALTER NARANJO and wife MIRIAM NARANJO

        Plaintiffs,   Index No.: 07 cv 04496

  -against-

               **NOTICE OF**
RELATED BPC ASSOCIATES, INC.,    **APPEARANCE**
RELATED MANAGEMENT CO., L.P.,
THE RELATED COMPANIES, L.P.,    **ELECTRONICALLY**
THE RELATED REALTY GROUP, INC. and **FILED**
LIBERTY VIEW ASSOCIATES, L.P.,

        Defendants.
------------------------------------------------------------------x

To the Clerk of this Court and all parties of records:

Enter my appearance as counsel in this case for:

**RELATED BPC ASSOCIATES, INC., RELATED MANAGEMENT CO., L.P., THE RELATED COMPANIES, L.P., THE RELATED REALTY GROUP, INC., and LIBERTY VIEW ASSOCIATES, L.P.**

I certify that I am admitted to practice in this court.


Dated:  New York, New York
     January 23, 2008


                LONDON FISCHER LLP

           By: _____
                Gillian Hines Kost (GK-2880)
                59 Maiden Lane
                New York, New York 10038
                Phone: (212) 972-1000
                Fax: (212) 972-1030

*Attorney for Defendants*
**RELATED BPC ASSOCIATES, INC.,
RELATED MANAGEMENT CO., L.P.,
THE RELATED COMPANIES, L.P.,
THE RELATED REALTY GROUP, INC.,** and
**LIBERTY VIEW ASSOCIATES, L.P.**

K:\VGFutterman\WTC-Related\Plaintiff\Aristizabal\Pleadings\Notice of Appearance