UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
:
IN RE: LOWER MANHATTAN DISASTER SITE : 21 MC 102 (AKH)
LITIGATION :
:
:
------------------------------------------------------------ X
:
WALTER NARANJO (AND WIFE, MIRIAM : 07-CV-04496 (AKH)
NARANJO), :
:
               Plaintiffs, :
:
-against- :
: **FGP 90 WEST STREET,**
25 BROADWAY OFFICE PROPERTIES LLC, 63 : **INC.'S NOTICE OF**
WALL STREET INC, 63 WALL, INC., ACTA : **ADOPTION OF ANSWER TO**
REALTY CORP., ALAN KASMAN DBA KASCO, : **MASTER COMPLAINT**
ANN TAYLOR STORES  CORPORATION, :
BANKERS TRUST COMPANY, BATTERY PARK :
CITY AUTHORITY, BFP ONE LIBERTY PLAZA :
CO., LLC,, BLACKMON-MOORING- :
STEAMATIC CATASTOPHE, INC. D/B/A BMS :
CAT, BOARD OF EDUCATION OF THE CITY OF :
NEW YORK, BOARD OF MANAGERS OF THE :
HUDSON VIEW EAST CONDOMINIUM, :
BROOKFIELD FINANCIAL PROPERTIES, INC., :
BROOKFIELD FINANCIAL PROPERTIES, LP, :
KFIELD PARTNERS, LP, BROOKFIELD :
PROPERTIES CORPORATION, :
BROOKFIELDPROPERTIES HOLDINGS INC., :
BROWN BROTHERS HARRIMAN & CO., INC., :
BT PRIVATE CLIENTS CORP., DEPARTMENT :
OF BUSINESS SERVICES, DEUTSCHE BANK :
TRUST COMPANY, DEUTSCHE BANK TRUST :
COMPANY AMERICAS, DEUTSCHE BANK :
TRUST CORPORATION,ENVIROTECH CLEAN :
AIR, INC., FGP 90 WEST STREET INC., :
GENERAL RE SERVICES CORP., GPS :
ENVIRONMENTAL CONSULTANTS, INC., :
HILLMAN ENVIRONMENTAL GROUP, LLC, :
HUDSON VIEW EAST CONDOMINIUM, :
HUDSON VIEW TOWERS ASSOCIATES, :

NEWY1\8192774.1

| | |
|---|---|
| INDOOR ENVIRONMENTAL TECHNOLOGY,INC., KASCO RESTORATION SERVICES CO., KIBEL COMPANIES, LIBERTY VIEW ASSOCIATES, L.P., MERRILL LYNCH & CO, INC., NATIONAL ASSOCIATION OF SECURITES DEALERS, INC., NEW LIBERTY PLAZA LP NEW YORK CITY INDUSTRIAL DEVELOPMENT AGENCY, NEW YORK CITY INDUSTRIAL DEVELOPMENT CORPORATION, NEW YORK CITY SCHOOL CONTSTRUCTION AUTHORITY, NEW YORK UNIVERSITY, NOMURA HOLDING AMERICA, INC., NOMURA SECURITIES INTERNATIONAL, INC., ONE LIBERTY PLAZA, R Y MANAGEMENT CO., INC., RELATED BPC ASSOCIATES, INC., RELATED MANAGEMENT CO., LP, RY MANAGEMENT, SABINE ZERARKA, STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL SERVICES, INC., THAMES REALTY CO, THE BANK OF NEW YORK TRUST COMPANY NA, THE BOARD OF MANAGERS OF THE ONE LIBERTY PLAZA CONDOMINIUM (CONDO #1178), THE ONE LIBERTY PLAZA CONDOMINIUM (CONDO #1178), THE  RELATED COMPANIES, LP, THE RELATED REALTY GROUP, INC., TISHMAN INTERIORS CORPORATION, TOSCORP INC., TRIBECA LANDING L.L.C., TUCKER ANTHONY, INC., TULLY CONSTRUCTION CO., INC., TULLY INDUSTRIES, INC, WESTON SOLUTIONS, INC., WFP ONE LIBERTY PLAZA CO., L.P., WFP ONE LIBERTY PLAZA, CO. GP, CORP., WFP TOWER A CO., WFP TOWER A CO. G.P.  CORP., WFP TOWER A. CO., L.P., WFP TOWER B CO. G.P. CORP., WFP TOWER B HOLDING CO., LP, WFP TOWER B. CO., L.P., WFP TOWERD CO. G.P. CORP., WFP TOWER D HOLDING CO. I L.P., WFP TOWER D HOLDING CO. II L.P., WFP TOWER D HOLDING I G.P. CORP., WFP TOWER D. CO., L.P., and WORLD FINANCIAL PROPERIES, L.P., ET AL,<br><br>                    Defendants.<br>------------------------------------------------------------------ | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: X |

PLEASE TAKE NOTICE THAT Defendant FGP 90 West Street, Inc., by its attorneys, DLA Piper US LLP, as and for its responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts FGP 90 West Street, Inc.'s Answer to Master Complaint dated August 3, 2007, which was filed in the matter *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH). To the extent that FGP 90 West Street, Inc.'s Answer to the Master Complaint does not comprehensively address any of the allegations set forth in the Check-Off Complaint filed in the above-captioned matter, FGP 90 West Street, Inc. denies knowledge or information sufficient to form a belief as to the truth of such allegations.

WHEREFORE, FGP 90 West Street, Inc. demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York.
February 6, 2008

By:   s/ Keara M. Gordon
Keara M. Gordon (KMG 2323)
Michael D. Hynes (MH 5086)
DLA PIPER US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Phone: (212) 335-4500
Facsimile: (212) 335-4501

Robert J. Mathias (*pro hac vice application pending)
The Marbury Building
6225 Smith Avenue
Baltimore, MD 21209-3600
Phone: (410) 580-3000
Fax: (410) 580-3001

*Attorneys for Defendant
FGP 90 West Street, Inc.*