UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------x

WALTER NARANJO (AND WIFE MIRIAM NARANJO),

                Plaintiffs,

                07CV 04496

                ANSWER TO
   -against-             AMENDED
                COMPLAINT

25 BROADWAY OFFICE PROPERTIES LLC,
63 WALL STREET INC,
63 WALL, INC., ACTA REALTY CORP.,
ALAN KASMAN DBA KASCO,
ANN TAYLOR STORES CORPORATION,
BANKERS TRUST COMPANY,
BATTERY PARK CITY AUTHORITY,
BFP ONE LIBERTY PLAZA CO., LLC.,
BLACKMON-MOORING STEAMATIC
CATASTOPHE, INC. D/B/A BMS CAT,
BOARD OF EDUCATION OF THE CITY OF NEW YORK,
BOARD OF MANAGERS OF THE HUDSON
VIEW EAST CONDOMINIUM,
BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, L.P,
BROOKFIELD PARTNERS, LP,
BROOKFIELD PROPERTIES CORPORATION,
BROOKFIELD PROPERTIES HOLDINGS INC.,
BROWN BROTHERS HARRIMAN & CO., INC.,
BT PRIVATE CLIENTS CORP.,
DEPARTMENT OF BUSINESS SERVICES,
DEUTSCHE BANK TRUST COMPANY,
DEUTSCHE BANK TRUST COMPANY AMERICAS,
DEUTSCHE BANK TRUST CORPORATION,
ENVIROTECH CLEAN AIR, INC.,
FGP 90 WEST STREET, INC.,
GENERAL RE SERVICES CORP.,
GPS ENVIRONMENTAL CONSULTANTS, INC.,
HILLMAN ENVIRONMENTAL GROUP, LLC.,

HUDSON VIEW EAST CONDOMINIUM,
HUDSON VIEW TOWERS ASSOCIATES,
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,
KASCO RESTORATION SERVICES CO.,
KIBEL COMPANIES,
LIBERTY VIEW ASSOCIATES, L.P.,
MERRILL LYNCH & CO, INC.,
NATIONAL ASSOCIATION OF SECURITIES
DEALERS, INC.,
NEW LIBERTY PLAZA LP,
NEW YORK CITY INDUSTRIAL DEVELOPMENT CORPORATION,
NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY,
NEW YORK UNIVERSITY,
NOMURA HOLDING AMERICA, INC.,
NOMURA SECURITIES INTERNATIONAL, INC.,
ONE LIBERTY PLAZA,
R Y MANAGEMENT CO., INC.,
RELATED BPC ASSOCIATES, INC.,
RELATED MANAGEMENT CO., LP,
RY MANAGEMENT,
SABINE ZERARKA,
STRUCTURE TONE (UK), INC.,
STRUCTURE TONE GLOBAL SERVICES, INC.,
THAMES REALTY CO,
THE BANK OF NEW YORK TRUST COMPANY NA,
THE BOARD OF MANAGERS OF THE ONE LIBERTY
PLAZA CONDOMINIUM (CONDO #1178),
THE ONE LIBERTY PLAZA CONDOMINIUM (CONDO #1178),
THE RELATED COMPANIES, LP,
THE RELATED REALTY GROUP, INC.,
TISHMAN INTERIORS CORPORATION,
TOSCORP INC., TRIBECA LANDING L.L.C.,
TUCKER ANTHONY, INC.,
TULLY CONSTRUCTION CO.,
TULLY INDUSTRIES, INC,
WESTON SOLUTIONS, INC.,
WFP ONE LIBERTY PLAZA CO., L.P.,
WFP ONE LIBERTY PLAZA, CO. GP, CORP.,
WFP TOWER A CO.,
WFP TOWER A CO. G.P. CORP.,
WFP TOWER A. CO., L.P.,
WFP TOWER B CO. G.P. CORP.,
WFP TOWER B HOLDING CO., LP,
WFP TOWER B. CO., L.P.,
WFP TOWER D CO.G.P. CORP.,
WFP TOWER D HOLDING CO. I L.P.,

WFP TOWER D HOLDING CO, II L.P.,
WFP TOWER D HOLDING I G.P. CORP.,
WFP TOWER D. CO., L.P., AND
WORLD FINANCIAL PROPERTIES, L.P., ET AL

                Defendants.
-----------------------------------------------------------------------x

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Amended Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
      March 18, 2008

                            Yours, etc.

                            FRIEDMAN, HARFENIST, LANGER & KRAUT
                            Attorneys for Defendant –Envirotech
                            3000 Marcus Avenue, Suite 2E1
                            Lake Success, New York 11042
                            (516) 775-5800

                            BY: _____
                                   Heather L. Smar (4622)